# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMY CARNRICK,<br><br>          **Plaintiff,**<br><br>vs.<br><br>RIEKES CONTAINER CORPORATION, and<br>ROBERT RICHEY, individually and as Vice President of Sales,<br><br>          **Defendants.** | 8:16CV95<br><br>ORDER |

This matter is before the court on the Motion to Withdraw as Counsel (Filing No. 71) filed by the law office of Maes, Ltd. and Christopher P. Maes. Mr. Maes states the plaintiff does not oppose his withdrawal. Mr. Maes also seeks to stay proceedings to allow the plaintiff an opportunity to obtain substitute counsel. Mr. Maes represents the defendants do not oppose a brief stay. The court finds good cause exists to allow the extension of time requested. Accordingly,

    **IT IS ORDERED**:

    1. Christopher P. Maes' Motion to Withdraw as Counsel (Filing No. 71) is granted. The Clerk of Court shall stop all electronic notices to withdrawing counsel regarding this case. The plaintiff is considered proceeding pro se and counsel for the defendants may communicate with her directly.

    2. All deadlines in the April 7, 2016, progression order (Filing No. 61) are suspended pending the planning conference previously scheduled for **July 18, 2016, at 10:30 a.m.** The plaintiff, or her attorney if counsel has entered an appearance, shall initiate the telephone conference by arranging a telephone call with the other parties, or their attorneys, if represented, then calling the undersigned magistrate judge at (402) 661-7343.

    3. The Clerk of Court shall mail a copy of this order to the plaintiff:

        Amy Carnrick
        2245 Blake Street, Suite E
        Denver, CO 80205

Dated this 22nd day of June, 2016.

                                                BY THE COURT:

                                                s/ Thomas D. Thalken
                                                United States Magistrate Judge