IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| AMY CARNRICK, | |
|---|---|
| Plaintiff, | 8:16CV95 |
| vs. | |
| RIEKES CONTAINER CORPORATION, ROBERT RICHEY, Vice President of Sales of Riekes Container Corporation; and ROBERT (I) RICHEY, individually; | ORDER |
| Defendants. | |

This matter is before the court on defendant Riekes Container Corporation's motion for reconsideration, Filing No. 120, of this court's order on defendant's motion to dismiss and for partial summary judgment, Filing No. 119. The court has carefully reviewed the motion for reconsideration and determines that defendant is rehashing the same arguments made in his initial motions. *See* Filing Nos. 119, 97, and 88. There is no basis for reconsideration. Accordingly, the motion will be denied.

THEREFORE, IT IS ORDERED THAT defendant's motion for reconsideration, Filing No. 120, is denied.

Dated this 24th day of April, 2017.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge