IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| AMY CARNRICK, | ) | Case No. 8:16 cv-95-JFB-SMB |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| RIEKES CONTAINER CORPORATION, ROBERT RICHEY, individually, and as Vice President of Sales of Riekes Container Corporation, | ) | ORDER OF DISMISSAL FOR DEFENDANT ROBERT RICHEY |
| Defendants. | ) | |

Based upon the Motion filed by the Plaintiff, and an out-of-Court Settlement Agreement, Plaintiff's claims against Defendant Robert Richey are hereby dismissed with prejudice, each party to pay its own costs and fees.

DATED this 14th day of June, 2017.

BY THE COURT:

　s/ Joseph F. Bataillon　
Senior United States District Judge

Prepared by:

James C. Zalewski, #16090
OLSON ZALEWSKI WYNNER LLP
575 Fallbrook Blvd., Suite 100
Lincoln, NE 68521
(402) 438-2500
jzalewski@ozwlaw.com