IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AMY CARNRICK, | ) | Case No. 8:16-cv-95-JFB-SMB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| RIEKES CONTAINER CORPORATION, | ) | ORDER FOR DISMISSAL |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on the parties' Joint Stipulation for Dismissal of this case with prejudice. The Court being advised in the premises finds that such an Order is proper.

IT IS THEREFORE ORDERED, AJDUDGED AND DECREED that this action be dismissed with prejudice, each party to pay its own costs and fees.

DATED this 18th day of September, 2018.

BY THE COURT:


        s/ Joseph F. Bataillon
Senior United States District Judge



Prepared by:

James C. Zalewski, #16090
OLSON ZALEWSKI WYNNER LLP
575 Fallbrook Blvd., Suite 100
Lincoln, NE 68521
402/438-2500
jzalewski@ozwlaw.com
ATTORNEYS FOR PLAINTIFF